# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Sacca, James R. | 2. Court or Organization  Bankruptcy Court, Northern District Georgia | 3. Date of Report  10/05/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Bankruptcy Judge, Full time | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2015  to  12/31/2015 |

**7. Chambers or Office Address**

1480 U.S. Courthouse
75 Ted Turner Drive
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 10/05/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Georgia Bar Assoc. Bankruptcy Section CLE Seminar | November 5-6, 2015 | Greensboro. Georgia | Seminar | Hotel, Food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 10/05/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Whole Life Policy | D | Dividend | M | T | | | | | |
| 2. Northwestern Mutual Variable Life Policy | B | Dividend | M | T | | | | | |
| 3. -MSA Select Bond | | | J | T | | | | | |
| 4. -MSA Money Market | | | J | T | | | | | |
| 5. -MSA Index 500 Stock | | | K | T | | | | | |
| 6. -MSA Mid Cap Growth Stock | | | K | T | | | | | |
| 7. -MSA High Yield Bond | | | J | T | | | | | |
| 8. -MSA Growth Stock | | | K | T | | | | | |
| 9. -MSA Small Cap Growth Stock | | | J | T | | | | | |
| 10. -MSA Small Cap Value | | | J | T | | | | | |
| 11. -MSA Index 400 Stock | | | K | T | | | | | |
| 12. -MSA International Growth | | | J | T | | | | | |
| 13. -MSA Domestic Equity | | | J | T | | | | | |
| 14. -MSA International Equity | | | J | T | | | | | |
| 15. -MSA Asset Allocation | | | J | T | | | | | |
| 16. -Russell Real Estate Securities | | | J | T | | | | | |
| 17. IRA #1 | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -American Century Diversified Bond Investment Fund Class | A | Dividend | K | T | Buy (add'l) | 09/30/15 | J | | |
| 19.   -American Funds Europacific Growth Fund | A | Dividend | K | T | Sold (part) | 09/30/15 | K | D | |
| 20.   -American Funds Fundamental Investors | B | Dividend | K | T | Sold (part) | 09/30/15 | K | D | |
| 21.   -American Funds High Income TrustFund | B | Dividend | K | T | Buy (add'l) | 09/30/15 | J | | |
| 22.   -Invesco International Growth Fund | A | Dividend | K | T | | | | | |
| 23.   -Fidelity Advisor Newinsights Fund | B | Dividend | K | T | Sold (part) | 09/30/15 | K | D | |
| 24.   -Fidelity Advisor Leveraged Company Stock Fund | A | Dividend | K | T | Sold (part) | 09/30/15 | K | D | |
| 25.   -Fidelity Advisor Small Cap Value Fund | C | Dividend | K | T | | | | | |
| 26.   -Lazard Emerging Markets Portfolio Funnd | | | | | Sold | 03/08/15 | K | D | |
| 27.   -MFS International Value Fund | A | Dividend | K | T | | | | | |
| 28.   -PIMCO Commodity Real Return Strategy Fund | | | | | Sold | 09/30/15 | K | A | |
| 29.   -PIMCO Real Return Fund Class A | A | Dividend | K | T | Buy (add'l) | 09/30/15 | J | | |
| 30.   -PIMCO Total Return Class A | B | Dividend | K | T | Buy | 03/17/15 | K | | |
| 31.   Metropolitan West Total Return Bond Fund | B | Dividend | L | T | Buy | 09/30/15 | J | | |
| 32.   -Russell Global Real Estate Securities Fund | B | Dividend | K | T | | | | | |
| 33.   -Templeton Global Bond Fund | B | Dividend | K | T | Sold (part) | 03/17/15 | K | A | |
| 34.   -Vanguard 500 Index Fund | A | Dividend | K | T | Sold (part) | 03/17/15 | K | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Dreyfus Insured Deposit Program money market account | A | Interest | J | T | | | | | |
| 36.  Brokerage Account | | | | | | | | | |
| 37.  -American Funds Europacific Growth Fund | C | Dividend | M | T | | | | | |
| 38.  -Pimco Commodities Plus | A | Dividend | | | Sold | 09/30/15 | K | A | |
| 39.  -The Growth Fund of America | D | Distribution | L | T | | | | | |
| 40.  -MFS Value Fund | C | Dividend | L | T | Sold (part) | 09/30/15 | J | C | |
| 41.  -PIMCO Real Return Fund | A | Dividend | K | T | | | | | |
| 42.  -PIMCo Total Return Fund | B | Dividend | | | Sold | 12/31/15 | K | A | |
| 43.  -Delaware Emerging Markets Fund | A | Dividend | | | Sold | 12/31/15 | K | A | |
| 44.  -Oakmark International Fund | C | Dividend | | | Sold | 12/31/15 | L | A | |
| 45.  -Russell Global Real Estate Securities Fund | C | Distribution | K | T | | | | | |
| 46.  -Stratton Small Cap Value Fund n/k/a Sterling Cap | A | Distribution | K | T | | | | | |
| 47.  -American Century Tax Free Bond Fund | A | Distribution | K | T | | | | | |
| 48.  -Vanguard Mid-Cap Stock Index Fund | A | Dividend | K | T | Sold (part) | 09/30/15 | J | C | |
| 49.  -Vanguard Index Trust Total Stock Market Portfolio Fund | C | Dividend | M | T | Sold (part) | 09/30/15 | K | D | |
| 50.  -Perkins Mid Cap Value Fund | | | | | Sold | 02/19/15 | K | B | |
| 51.  -Templeton Global Bond Fund | B | Dividend | | | Sold | 12/31/15 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | -Vanguard BD Index Fund | A | Dividend | K | T | | | | | |
| 53. | -John Hancock Disciplined Value Mid Cap Fund | B | Dividend | K | T | Buy | 02/19/15 | K | | |
| 54. | | | | | | Sold (part) | 09/30/15 | J | A | |
| 55. | -Putnam Conv Securities Fund | A | Dividend | K | T | Buy | 09/30/15 | K | | |
| 56. | -Vanguard Healthcare fund | A | Dividend | K | T | Buy | 09/30/15 | K | | |
| 57. | -Deutsche Enhanced Comm Strategy Fund | A | Dividend | K | T | Buy | 09/30/15 | K | | |
| 58. | -Dreyfus General Money Market Fund | A | Interest | J | T | | | | | |
| 59. | SunTrust Bank deposit accounts | A | Interest | K | T | | | | | |
| 60. | Virginia 529 Plan-American Funds | | | | | | | | | |
| 61. | -Capital World Growth and Income Fund (x) | | | | | | | | | |
| 62. | -American Balanced Fund (x) | | | | | | | | | |
| 63. | -AMCAP Fund (x) | | | | | | | | | |
| 64. | -The Bond Fund of America (x) | | | | | | | | | |
| 65. | Ameican High Income Fund | A | Dividend | J | T | Redeemed (part) | 07/31/15 | J | A | |
| 66. | American Mutual Fund | A | Dividend | J | T | Redeemed (part) | 07/31/15 | J | A | |
| 67. | Capital Income Builder | A | Dividend | J | T | Redeemed (part) | 07/31/15 | J | A | |
| 68. | The Income Fund of America | A | Dividend | J | T | Redeemed (part) | 07/31/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sacca, James R. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -US Gov't Securities Fund | A | Dividend | J | T | Redeemed (part) | 07/31/15 | J | A | |
| 70. -2021 Fund | C | Dividend | M | T | | | | | |
| 71. - 2024 Fund | C | Dividend | M | T | | | | | |
| 72. Great American Life Insurance Annuity (fixed) | E | Distribution | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 10/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 3-16. I am not provided with any information or statments regarding dividends or other transactions for these individual funds held within the variable life policy, nor do I have access to that information online, only the annual dividend paid on the policy as a whole and cash value of the policy. I am unaware of any changes to the amount of the funds held in the polcy since its inception.

Line 61-68. I I have made no transactions in this 529 account last year other than withdrawals so I can only assume that the names of the funds on lines 61-64 were changed to the funds on lines 65-68.

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 10/05/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ James R. Sacca**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544